STATE of Wisconsin, Plaintiff-Respondent,

v.

Delano J. O'BRIEN, Defendant-Appellant-Petitioner.

Supreme Court

*No. 96–3028–CR. Filed April 29, 1999.*

(Also reported in 591 N.W.2d 846.)

¶ 1. PER CURIAM (on motion for reconsideration). The Motion of Wisconsin Association of Criminal Defense Lawyers for Leave to File Nonparty Statement in Support of Request for Reconsideration is granted. The motion for reconsideration is denied without costs.